**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Brenda Ann Sidler<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10<br>　　　　　　　Movant<br>　　vs.<br>Brenda Ann Sidler<br>　　　　　　　Debtor(s)<br>Jack N. Zaharopoulos<br>　　　　　　　Trustee | NO. 23-02097 HWV<br><br>11 U.S.C. Section 362 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 has filed a Motion for Relief from Stay, with the court for Relief from the Automatic Stay of Section 362.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

　　1.　　If you do not want the court to grant the relief sought in the motion, then on or before **December 21, 2023** you or your attorney must do <u>all</u> of the following:
　　　　(a)　　file an answer explaining your position at:
　　　　　　United States Bankruptcy Court
　　　　　　The Sylvia H. Rambo US Courthouse
　　　　　　1501 North 6th Street
　　　　　　Harrisburg, PA 17102

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
　　　　(b)　　mail a copy to the movant's attorney:
　　　　　　Michael P. Farrington, Esq.
　　　　　　KML Law Group, P.C.
　　　　　　Suite 5000 - BNY Independence Center
　　　　　　701 Market Street
　　　　　　Philadelphia, PA 19106-1532

　　2.　　If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

　　3.　　A hearing on the motion is scheduled to be held before the Honorable HENRY W. VAN ECK, the United States Bankruptcy Judge, at The Sylvia H. Rambo US Courthouse 1501 North 6th Street,

Bankruptcy Courtroom 8, 4th Floor Harrisburg, PA 17102 on **January 9, 2024, at 9:30am,** or as soon thereafter as counsel can be heard, to consider the motion.

   4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

   5. You may contact the Bankruptcy Clerk's office at 717-901-2800 to find out whether the hearing has been canceled because no one filed an answer.

December 7, 2023

                /s/Michael P. Farrington
                Michael P. Farrington, Esq.
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                Phone: (215)-627-1322
                mfarrington@kmllawgroup.com