Rev. 09/01/14

## LOCAL BANKRUPTCY FORM 4001-1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brenda Ann Sidler<br>　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10<br>　　　　　　Moving Party<br>vs.<br><br>Brenda Ann Sidler<br>　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos<br>　　　　　　Trustee | NO. 23-02097 HWV |

### POST-PETITION PAYMENT HISTORY NOTE AND MORTGAGE DATED June 28, 2004

Mortgage Recorded on <u>July 7, 2004</u>, in Franklin County, in Book <u>2503</u>, at Page <u>336</u>.

**Property Address:**
14933 Wayne Highway Waynesboro, PA 17268

**Mortgage Servicer**
<u>Nationstar Mortgage LLC</u>

**Post Petition mailing address for Debtor(s) to send payments:**

Nationstar Mortgage LLC
ATTN: Bankruptcy Dept.
350 Highland Drive
Lewisville, TX 75067

**Mortgagor(s)/Debtor(s):**

Brenda Ann Sidler

**Payments are contractually due:**　　　Monthly_X_　　Semi-Monthly___　　Bi-Weekly___　Other___

Rev. 09/01/14

**Monthly Payment is comprised of:**

| | |
|---|---|
| Principal & Interest: | $517.31 |
| R.E. Taxes: | $_____ |
| Insurance: | $_____ |
| Late Charge: | $_____ |
| Other: | $231.45 (Specify: Escrow) |
| **TOTAL:** | $748.76 |

### POST PETITION PAYMENTS (Petition was filed on September 14, 2023)

| Payment amount due | Date payment was due | Date Payment Was Received | Amount Received | Check Number | How Pymt Was Applied (mo/yr) |
|---|---|---|---|---|---|
| $748.76 | 10/1/2023 | | | | |
| $748.76 | 11/1/2023 | | | | |
| Total Due: | $1,497.52 | Total Received: | $0.00 | Arrears: | $1,497.52 |

(Continue on attached sheets if necessary)

**TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE:** 2 as of November 18, 2023.

**TOTAL AMOUNT OF POST-PETITION ARREARS:** $1,497.52 as of November 18, 2023.

Dated: 12/6/2023

_Mary Grace_ (signature)
Mortgage Company
Mary Gracia
Assistant Secretary
(Print Name) Nationstar Mortgage LLC