**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Brenda Ann Sidler <br>        Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 <br>        Movant <br>   vs. <br> Brenda Ann Sidler <br>        Debtor(s) <br> Jack N. Zaharopoulos <br>        Trustee | NO. 23-02097 HWV <br><br> 11 U.S.C. Section 362 |

**CERTIFICATE OF NON-CONCURRENCE**

Neither Debtor(s), nor Trustee have concurred with the request for relief in this Motion.

                Respectfully submitted,

                **/s/ Michael P. Farrington**
                Michael P. Farrington, Esquire
                Attorneys for Movant/Applicant