PREPARED BY:

AND WHEN RECORDED MAIL TO
(Name, Address, City and State)

EQUITY FINANCIAL INC.
204 ROUTE 18
EAST BRUNSWICK NJ 08816

Parcel Tax ID #

LOAN NO.:

RECORDED
2006 MAY -8 P 1:48
LINDA MILLER
RECORDER OF DEEDS
FRANKLIN COUNTY

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# Corporation Assignment of Real Estate Mortgage

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to

all the rights, title and interest of undersigned in and to that certain Real Estate Mortgage dated
JUNE 28, 2004                   , executed by
BRENDA SIDLER

to   EQUITY FINANCIAL INC.

a corporation organized under the laws of   THE STATE OF NEW JERSEY         and who's principal
place of business   204 Route 18              NJ    East Brunswick, NJ 08816        08816
and recorded in Liber 2503  page(s) 336                Franklin  County Records.
State of  PA                                                    described as follows:
SEE LEGAL DESCRIPTION ATTACHED

Mortgage Electronic Registration Systems, Inc.
64318 Miller Rd, Flint, MI 48507

min #

TOGETHER with the Note or Notes therein described or referred to, the money due and to become due
thereon with interest, and all rights accrued or to accrue under said Real Estate Mortgage.

Laser Forms Inc. (800) 446-3555
LFI #5CAM 9/99                    Page 1 of 2       Initials

VOL 3129 PG 150

_____  _____
By: ANTHONY PUGLIESE               Witness:

_____  _____
Its: VICE PRESIDENT                Witness:

_____  _____
By: ROBERT OSTRAGER                Witness:

_____  _____
Its: SECRETARY                     Witness:

STATE OF NJ
COUNTY OF MIDDLESEX

On JUNE 28, 2004 before me, the undersigned, a Notary Public in and for said County and State, personally appeared ANTHONY PUGLIESE known to me to be the VICE PRESIDENT and ROBERT OSTRAGER , known to me to be SECRETARY of the corporation herein which executed the within instrument, that the seal affixed to said instrument is the corporate seal of said corporation, that said instrument was signed and sealed on behalf of said corporation pursuant to it's by-laws or a resolution of it's Board of Directors and that he/she acknowledges said instrument to be the free act and deed of said corporation.

_____
Notary Public AGAPI COVELL
MIDDLESEX             Notary Expiration
My Commission Expires   5-14-08        County,

(THIS AREA FOR OFFICIAL NOTARIAL SEAL)

Laser Forms Inc. (800) 446-3555
Page 2 of 2

VOL 3129 PG 151

JUL-07-2004 10:41        CSS F X SERVICE                                              P.21

# EXHIBIT A

## LEGAL DESCRIPTION

ALL the following described real estate, locally known as 14933 Wayne Highway, lying and being situated in Washington Township, Franklin County Pennsylvania, bounded and described as follows:

BEGINNING at a stake at a point in the intersection of the lot herein, conveyed in Pennsylvania Legislative Route 316; thence by said road, South 21 degrees West 19.2 perches to the center of an elm tree; thence by lands now or formerly of Bruce I. Neibert and Dorthy E. Neibert, his wife, North 35 degrees, East 19.5 perches to a point in lands now or formerly of Walter King; thence by lands now or formerly of King, North 67 degrees West 4.7 perches to the place of beginning. CONTAINING 45 perches, neat measure, as per draft of survey made of the same by John H. Atherton, County Surveyor, on March 12, 1929

I hereby CERTIFY that this document is recorded in the Recorder's Office of Franklin County, Pennsylvania



Linda Miller
Recorder of Deeds

VOL 3129 PG 152

Prepared By:
Rhonda Gall,
AURORA LOAN SERVICES
2617 COLLEGE PARK
PO BOX 1706
SCOTTSBLUFF, NE 69363-1706
308-635-3500

When Recorded Return To:
ASSIGNMENT PREP
AURORA LOAN SERVICES
P.O. Box 1706
Scottsbluff, NE 69363-1706

## CORPORATE ASSIGNMENT OF MORTGAGE

**Franklin, Pennsylvania**
**SELLER'S SERVICING #:** ▇▇▇▇▇▇ "SIDLER"
**OLD SERVICING #:** ▇▇▇▇▇▇

**MERS #:** ▇▇▇▇▇▇  **VRU #:** ▇▇▇▇▇▇

Date of Assignment: January 29th, 2010
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
Assignee: AURORA LOAN SERVICES LLC

I hereby certify the precise address of the within named Assignor is 3300 S.W. 34TH AVENUE, SUITE 101, OCALA, FL 34474.

I hereby certify the precise address of the within named Assignee is 2617 COLLEGE PARK, SCOTTSBLUFF, NE 69361.

Executed By: BRENDA SIDLER To: EQUITY FINANCIAL, INC.
Date of Mortgage: 06/28/2004 Recorded: 07/07/2004 in Book/Reel/Liber: 2503 Page/Folio: 336 In Franklin, Pennsylvania
14933 WAYNE HWY, WAYNESBORO, PA 17268 in the City of WAYNESBORO

I do certify that the precise address of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. is 3300 S.W. 34TH AVENUE, SUITE 101, OCALA, FL 34474
Attested By: Rhonda Hall
14933 WAYNE HWY, WAYNESBORO, PA 17268 in the City of WAYNESBORO

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, said Assignor hereby assigns unto the above-named Assignee, the said Mortgage together with the Note or Notes or other evidence of indebtedness (the "Note"), said note having an original principal sum of $94,500.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said assignor

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

hereby grants and conveys unto the said assignee, the assignor's beneficial interest under the Security Instrument.

TO HAVE AND TO HOLD the said Security Instrument and Note, and also the said property unto the said assignee forever, subject to the terms contained in said Security Instrument and Note.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
On January 29th, 2010

By: _____
THEODORE SCHULTZ, VICE PRESIDENT

STATE OF Nebraska
COUNTY OF Scotts Bluff

ON January 29th, 2010, before me, IRENE GUERRERO, a Notary Public in and for the County of Scotts Bluff County, State of Nebraska, personally appeared THEODORE SCHULTZ, VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
IRENE GUERRERO
Notary Expires: 09/14/2013

GENERAL NOTARY - State of Nebraska
IRENE GUERRERO
My Comm. Exp. Sept. 14, 2013

(This area for notarial seal)

ALL the following described real estate, locally known as 14933 Wayne Highway, lying and being situate in Washington Township, Franklin County, Pennsylvania, bounded and described as follows:

BEGINNING at a stake at a point in the intersection of the lot herein conveyed in Pennsylvania Legislative Route 316; thence by said road, South 21 degrees West 19.2 perches to the center of an elm tree; thence by lands now or formerly of Bruce I. Neibert and Dorothy E. Neibert, his wife, North 35 degrees East 19.5 perches to a point in lands now or formerly of Walter King; thence by lands now or formerly of King, North 67 degrees West 4.7 perches to the place of beginning. CONTAINING 45 perches, neat measure, as per draft of survey made of the same by John H. Atherton, County Surveyor, on March 12, 1929. BEING the same real estate conveyed to Kenneth D. Leonard and Diana L. Leonard, husband and wife, Grantor herein, by deed of DeWayne J. Fox a/k/a Duwayne J. Fox and Mary A. Fox, husband and wife, dated March 5, 1997, and recorded in Franklin County Deed Book Volume 1328, Page 561. It is suggested that Grantors are divorced.






**COUNTY OF FRANKLIN**
**RECORDER OF DEEDS**
Linda Miller, Recorder
Courthouse 157 Lincoln Way East
Chambersburg, PA 17201
Phone: (717) 261-3872

\* **RETURN DOCUMENT TO:**
**PHELAN HALLINAN & SCHMIEG LLP**

Instrument Number - 201003365
Recorded On 2/24/2010 At 2:24:15 PM
\* Instrument Type - ASSIGNMENT
Invoice Number             User ID -              \* Total Pages - 4
\* Mortgagor - MORTGAGE ELECTRONIC REGISTRATION SYSTEMS
\* Mortgagee - EQUITY FINANCIAL INC

\* **FEES**

| | |
|---|---|
| STATE WRIT TAX | $0.50 |
| STATE JCS/ACCESS TO JUSTICE | $23.50 |
| COUNTY RECORDING FEE | $15.00 |
| COUNTY IMPROVEMENT FEE | $2.00 |
| ROD IMPROVEMENT FEE | $3.00 |
| TOTAL PAID | $44.00 |

This is a certification page
**DO NOT DETACH**
This page is now part of this legal document.

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office of Franklin County, Pennsylvania.

Linda Miller
Recorder of Deeds



\* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

Prepared By / Return To:
Shae Brost, Aurora Bank FSB, 2617
College Park, Scottsbluff NE 69361
888-522-9295

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION**, the sufficiency of which is hereby acknowledged, the undersigned, **AURORA LOAN SERVICES, LLC, WHOSE ADDRESS IS 2617 College Park Drive, Scottsbluff, NE, 69361, (ASSIGNOR)**, by these presents does convey, grant, assign, transfer and set over the described Mortgage therein together with all interest secured thereby, all liens, and any rights due or to become due thereon to **NATIONSTAR MORTGAGE LLC, WHOSE ADDRESS IS 350 Highland Drive, Lewisville, TX 75067 (469)549-2000, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE).**

Said Mortgage is dated 06/28/2004, in the amount of $94,500.00, made by **BRENDA SIDLER** to **EQUITY FINANCIAL, INC.**, recorded on 07/07/2004, in the Office of the Recorder of Deeds of FRANKLIN County, Pennsylvania, in Book 2503, Page 336, and/or Document #

Property is commonly known as: 14933 WAYNE HWY. TWP. OF WASHINGTON, WAYNESBORO, PA 17268.

Dated on 12 / 4 /2012 (MM/DD/YYYY)
AURORA LOAN SERVICES, LLC

By: _Cassandra S. Leet_
    Cassandra S. Leet
    Vice President

PAGE 1

STATE OF NEBRASKA   COUNTY OF SCOTTS BLUFF
The foregoing instrument was acknowledged before me on 10 / 04 /2012 (MM/DD/YYYY) by Cassandra S. Leet as Vice President of AURORA LOAN SERVICES, LLC. He/she/they is (are) personally known to me.

Roberta A Rummel
Notary Public - State of NEBRASKA
Commission expires:

GENERAL NOTARY - State of Nebraska
ROBERTA A. RUMMEL
My Comm. Exp. Sept. 18, 2014

Assignment of Mortgage from:
**AURORA LOAN SERVICES, LLC, WHOSE ADDRESS IS 2617 College Park Drive, Scottsbluff, NE, 69361, (ASSIGNOR),**
to:
**NATIONSTAR MORTGAGE LLC, WHOSE ADDRESS IS 350 Highland Drive, Lewisville, TX 75067 (469)549-2000, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE)**

Mortgagor: **BRENDA SIDLER**

When Recorded Return To:
NATIONSTAR MORTGAGE LLC
350 HIGHLAND DRIVE
LEWISVILLE, TX 75067

All that certain lot or piece of ground situated in
Mortgage Premise: 14933 WAYNE HWY. TWP. OF WASHINGTON
WAYNESBORO, PA 17268
FRANKLIN
(Borough or Township, if stated), Commonwealth of Pennsylvania.
Being more particularly described in said mortgage.

I, Helen Scott, hereby certify that the below information and address for the assignee are correct:
**NATIONSTAR MORTGAGE LLC, WHOSE ADDRESS IS 350 Highland Drive, Lewisville, TX 75067 (469)549-2000, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE)**

By: Helen Scott, Asst. Secretary

PAGE 2

## LEGAL DESCRIPTION

ALL the following described real estate, locally known as 14933 Wayne Highway, lying and being situated in Washington Township, Franklin County Pennsylvania, bounded and described as follows:

BEGINNING at a stake at a point in the intersection of the lot herein, conveyed in Pennsylvania Legislative Route 316; thence by said road, South 21 degrees West 19.2 perches to the center of an elm tree; thence by lands now or formerly of Bruce I. Neibert and Dorthy E. Neibert, his wife, North 35 degrees, East 19.5 perches to a point in lands now or formerly of Walter King; thence by lands now or formerly of King, North 67 degrees West 4.7 perches to the place of beginning. CONTAINING 45 perches, neat measure, as per draft of survey made of the same by John H. Atherton, County Surveyor, on March 12, 1929





COUNTY OF FRANKLIN
RECORDER OF DEEDS
Linda Miller, Recorder
Courthouse 157 Lincoln Way East
Chambersburg, PA 17201
Phone: (717) 261-3872

\* <u>RETURN DOCUMENT TO:</u>
PHELAN HALLINAN LLP

Instrument Number - 201310397
Recorded On 5/9/2013 At 11:04:42 AM
\* Instrument Type - ASSIGNMENT
Invoice Number       User ID
\* Mortgagor - AURORA LOAN SERVICES LLC
\* Mortgagee - NATIONSTAR MORTGAGE LLC

\* Total Pages - 4

\* <u>FEES</u>

| | |
|---|---|
| STATE WRIT TAX | $0.50 |
| STATE JCS/ACCESS TO JUSTICE | $23.50 |
| COUNTY RECORDING FEE | $15.00 |
| COUNTY IMPROVEMENT FEE | $2.00 |
| ROD IMPROVEMENT FEE | $3.00 |
| TOTAL PAID | $44.00 |

This is a certification page

## DO NOT DETACH

This page is now part of this legal document.

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office of Franklin County, Pennsylvania.

*Linda Miller* (signature)
Linda Miller
Recorder of Deeds



\* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

When Recorded Return To:
DOCUMENT ADMINISTRATION
NATIONSTAR MORTGAGE DBA MR. COOPER
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

Being UPI#: ▮▮▮▮▮▮▮▮

## CORPORATE ASSIGNMENT OF MORTGAGE

Franklin, Pennsylvania
**SELLER'S SERVICING** ▮▮▮▮ "SIDLER"

Date of Assignment: May 10th, 2023
Assignor: NATIONSTAR MORTGAGE LLC
Assignee: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10

Executed By: BRENDA SIDLER To: EQUITY FINANCIAL INC.
Date of Mortgage: 06/28/2004 Recorded: 07/07/2004 in Book/Reel/Liber: 2503 Page/Folio: 336 In the County of Franklin, State of Pennsylvania.
Property Address: 14933 WAYNE HWY, WAYNESBORO, PA 17268 in the Township of WASHINGTON

I do certify that the precise address of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 is 425 WALNUT STREET, CINCINNATI, OH 45202
Attested By: _____
Tsedale Alemu

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $94,500.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said assignor hereby grants and conveys unto the said assignee, the assignor's interest under the Security Instrument.

TO HAVE AND TO HOLD the said Security Instrument, and the said property unto the said assignee forever, subject to the terms contained in said Security Instrument.

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

NATIONSTAR MORTGAGE LLC
On May 10th, 2023

By: _____
TSEDALE ALEMU, Vice-President

STATE OF Texas
COUNTY OF Denton

On May 10th, 2023, before me, SYLVIA RAMIREZ, a Notary Public in and for Denton in the State of Texas, personally appeared TSEDALE ALEMU, Vice-President of NATIONSTAR MORTGAGE LLC, personally known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

SYLVIA RAMIREZ
Notary Expires: 03/13/2027 #131921660

SYLVIA RAMIREZ
Notary Public, State of Texas
Comm. Expires 03-13-2027
Notary ID 131921660

(This area for notarial seal)

# EXHIBIT A

# LEGAL DESCRIPTION

ALL the following described real estate, locally known as 14933 Wayne Highway, lying and being situated in Washington Township, Franklin County Pennsylvania, bounded and described as follows:

BEGINNING at a stake at a point in the intersection of the lot herein, conveyed in Pennsylvania Legislative Route 316; thence by said road, South 21 degrees West 19.2 perches to the center of an elm tree; thence by lands now or formerly of Bruce I. Neibert and Dorthy E. Neibert, his wife, North 35 degrees, East 19.5 perches to a point in lands now or formerly of Walter King; thence by lands now or formerly of King, North 67 degrees West 4.7 perches to the place of beginning. CONTAINING 45 perches, neat measure, as per draft of survey made of the same by John H. Atherton, County Surveyor, on March 12, 1929





**COUNTY OF FRANKLIN**
**RECORDER OF DEEDS**
Joy R. Heinbaugh, Interim Recorder
272 N. Second Street, Suite 205
Chambersburg, PA 17201
Phone: (717) 261-3872

\* <u>RETURN DOCUMENT TO:</u>
KML LAW GROUP, P.C.
701 MARKET ST STE 5000
PHILADELPHIA, PA 19106-1541

Instrument Number - 202309163
Recorded On 5/15/2023 At 4:15:31 PM
\* Instrument Type - ASSIGNMENT
Invoice Number         User ID -
\* Mortgagor - SIDLER, BRENDA
\* Mortgagee - US BANK NA

\* Total Pages - 4

**\*FEES**

| | |
|---|---|
| STATE WRIT TAX | $0.50 |
| STATE JCS/ACCESS TO JUSTICE | $40.25 |
| COUNTY RECORDING FEE | $35.50 |
| COUNTY IMPROVEMENT FEE | $2.00 |
| ROD IMPROVEMENT FEE | $3.00 |
| TOTAL PAID | $81.25 |

This is a certification page

# DO NOT DETACH

This page is now part of this legal document.

**Franklin County UPI Verification**
UPI Verified On May 15, 2023 By AS

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office of Franklin County, Pennsylvania.

*Joy R. Heinbaugh*

Joy R. Heinbaugh
Interim Recorder of Deeds



\* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.