# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brenda Ann Sidler<br>  Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10<br>  Movant<br>vs.<br>Brenda Ann Sidler<br>  Debtor(s)<br><br>Jack N. Zaharopoulos<br>  Trustee | NO. 23-02097 HWV<br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Michael P. Farrington, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 for Relief From Automatic Stay and notice of motion, response deadline and hearing date have been served on December 7, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Brenda Ann Sidler
14933 Wayne Hwy
Waynesboro, PA 17268

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Attorney for Debtor(s)
Michael A. Cibik2, Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

Office of the US Trustee
US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102

Date: December 7, 2023

/s/Michael P. Farrington
Michael P. Farrington, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
mfarrington@kmllawgroup.com