IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **Brenda Ann Sidler**<br>**Debtor(s)**<br><br>**U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10**<br>**Moving Party**<br>vs.<br><br>**Brenda Ann Sidler**<br>**Debtor(s)**<br><br>**Jack N. Zaharopoulos**, (**Trustee**) | BK NO. 23-02097 HWV<br><br>Chapter 13<br><br>Pleading: Motion for Relief from Stay |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above-identified pleading with the consent of the opposition, if any.

**X** The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within sixty (60) days, it is understood that this proceeding will be dismissed without prejudice.

(3) Contemporaneous with the filing for this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: January 5, 2024            **/s/ Michael P. Farrington, Esquire**
                                  Michael P. Farrington, Esquire
                                  Attorney for Moving Party
                                  KML Law Group, P.C.