# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brenda Ann Sidler<br>        Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10<br>        Moving Party<br>  vs. | NO. 23-02097 HWV<br><br>11 U.S.C. Section 362 |
| Brenda Ann Sidler<br>        Debtor(s) | |
| Jack N. Zaharopoulos<br>        Trustee | |

## CERTIFICATE OF SERVICE OF
## REQUEST TO REMOVE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 5, 2024</u>, I caused to be served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Brenda Ann Sidler
14933 Wayne Hwy
Waynesboro, PA 17268

<u>Attorney for Debtor(s)</u>
(VIA ECF)
Michael A. Cibik2, Esq.
1500 Walnut Street, Suite 900 (VIA ECF)

Philadelphia, PA 19102

<u>Trustee</u>
(VIA ECF)
Jack N. Zaharopoulos

8125 Adams Drive, Suite A

Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>January 5, 2024</u>

                **/s/ Michael P. Farrington, Esquire**
                Michael P. Farrington, Esquire

KML Law Group, P.C.
701 Market Street, Suite 5000
Phone: (215) 825-6327
Email: mfarrington@kmllawgroup.com
Attorney for Movant