**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Brenda Ann Sidler <br> <u>Debtor(s)</u> | CHAPTER 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 <br> <u>Movant</u> <br> vs. | NO. 23-02097 HWV <br><br> 11 U.S.C. Section 362 |
| Brenda Ann Sidler <br> <u>Debtor(s)</u> | |
| Jack N. Zaharopoulos <br> <u>Trustee</u> | |

**<u>ORDER</u>**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.