# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brenda Ann Sidler <br> <u>Debtor(s)</u> | CHAPTER 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 <br> <u>Movant</u> <br> vs. | NO. 23-02097 HWV <br><br> 11 U.S.C. Section 362 |
| Brenda Ann Sidler <br> <u>Debtor(s)</u> | |
| Jack N. Zaharopoulos <br> <u>Trustee</u> | |

## **ORDER**

Upon consideration of the Motion for Relief from the Automatic Stay filed by Movant, Doc. 20, and it appearing that the parties have resolved this matter via Stipulation, Doc. 30, it is

**ORDERED** that the Stipulation is **APPROVED**. The Court retains discretion regarding entry of any further order.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 6, 2024