UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brenda Ann Sidler <u>Debtor(s)</u> | BK. NO. 23-02097 HWV |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 <u>Moving Party</u> vs. | CHAPTER 13  11 U.S.C. Section 362 |
| Brenda Ann Sidler <u>Debtor(s)</u> | |
| and Jack N Zaharopoulos <u>Trustee</u> | |

## CERTIFICATION OF DEFAULT

I, Brent J. Lemon, Esquire, attorney for Moving Party, certify that Debtor(s) have defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated May 17, 2024, was served upon the Debtor(s) and Debtor's Attorney on said date. Subsequent to said notice, the Debtor(s) have failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

June 5, 2024

**/s/ Brent J. Lemon**
Brent J. Lemon, Esq.
Attorneys for Movant/Applicant