**KML LAW GROUP, P.C.**
**THE BNY INDEPENDENCE CENTER**
**701 MARKET STREET, SUITE 5000**
**PHILADELPHIA, PA 19106**
www.kmllawgroup.com

May 17, 2024

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

RE: **NOTICE OF DEFAULT UNDER COURT-APPROVED STIPULATION**
U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 vs. Brenda Ann Sidler
Case No. 23-02097 HWV
Last 4 Digits of Loan No. 5200

Dear Sir or Madam:

Please be advised that your client is in default under the terms of the Stipulation that was approved by the Bankruptcy Court. Under the terms of the Stipulation, your client must cure the default within fifteen (15) days of this Notice.

- Regular mortgage payments for the months of April 2024 through May 2024, in the amount of $748.76 per month;
- Less Debtor Suspense credit in the amount of $102.48;

**The total due is $1,395.04 and must be received on or before June 1, 2024.**

- The monthly payment for June 2024, is/will be due on the 1st day of the month and is not included in the figure listed above.

**NOTICE TO BORROWER:** Please call **your attorney** with any questions. We are **not permitted** under the Rules of Professional Responsibility to speak with you directly.

If you have proof that payments were made, fax that proof to our office at **215-825-6406**. If payment is not made, we will file a Certification with the Court and request relief from the Bankruptcy stay.

> KML Law Group, P.C.
> /s/ Michael P. Farrington
> Michael P. Farrington, Esq.
> KML Law Group P.C.
> BNY Mellon Independence Center
> 701 Market Street, Suite 5000
> Philadelphia, PA 19106
> (215) 825-6488

cc: Brenda Ann Sidler