IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Brenda Ann Sidler <br> **Debtor(s)** | CHAPTER 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 <br> **Moving Party** <br> vs. | NO. 23-02097 HWV <br><br> 11 U.S.C. Section 362 |
| Brenda Ann Sidler <br> **Debtor(s)** | |
| Jack N Zaharopoulos <br> **Trustee** | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served or caused to be served, on **June 5, 2024**, a copy of the Certification of Default, and proposed Order of Court, filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Jack N Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
VIA ECF

Brenda Ann Sidler
14933 Wayne Hwy
Waynesboro, PA 17268

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Method of Service: Mail <u>first class</u>; Specify if other:

Date: <u>June 5, 2024</u>

<u>**/s/ Brent J. Lemon**</u>
Brent J. Lemon, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215) 627-1322
blemon@kmllawgroup.com
Attorney for Movant/Applicant