IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brenda Ann Sidler<br>　　　　　　Debtor | Chapter 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10<br>　　　　　　Movant<br>　　v.<br>Brenda Ann Sidler<br>　　　　　　Debtor<br>Jack N Zaharopoulos<br>　　　　　　Trustee | NO. 1:23-bk-02097 HWV<br><br>11 U.S.C. Section 362 |

## ORDER

Upon consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on February 6, 2024, Doc. 40, it is

**ORDERED** that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 14933 Wayne Highway, Waynesboro, PA 17268 ("Property"), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

By the Court,

_/s/ Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 6, 2024