# Cibik Law, P.C. # INVOICE

1500 Walnut Street, Suite 900  
Philadelphia, PA 19102

Invoice # 1  
Date: 10/21/2024  
Due On: 11/20/2024

Brenda Ann Sidler  
14933 Wayne Hwy  
Waynesboro, PA 17268

**2405-Sidler**

## Bankruptcy 23-02097

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 08/31/2023 | MAC | A106 Communicate (with client) B110 Case Administration: Initial consultation - discussed objectives with client and answered questions. | 1.00 | $350.00 |
| 09/14/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted bankruptcy petition and creditor list upon review of credit report and other documents provided by the client. | 0.90 | $315.00 |
| 09/14/2023 | IR | A111 Other B110 Case Administration: Filed bankruptcy petition and creditor list | 0.10 | $15.00 |
| 09/14/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case filing and answered questions. | 0.20 | $30.00 |
| 09/15/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions. | 0.10 | $15.00 |
| 09/28/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted motion to extend time to file schedules, statements and other documents | 0.10 | $35.00 |
| 09/28/2023 | IR | A111 Other B110 Case Administration: Filed motion to extend time to file schedules, statements and other documents | 0.10 | $15.00 |
| 09/29/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions. | 0.10 | $15.00 |
| 10/02/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions. | 0.10 | $15.00 |
| 10/04/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions. | 0.10 | $15.00 |
| 10/09/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions. | 0.20 | $30.00 |
| 10/12/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted chapter 13 plan, schedules, statement of financial affairs, and means test upon review of financial documents provided by client. | 3.20 | $1,120.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/12/2023 | IR | A111 Other B110 Case Administration: Filed chapter 13 plan, schedules, statement of financial affairs, and means test | 0.20 | $30.00 |
| 10/12/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions. | 0.20 | $30.00 |
| 10/23/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions. | 0.10 | $15.00 |
| 10/27/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions. | 0.10 | $15.00 |
| 11/06/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions. | 0.10 | $15.00 |
| 11/08/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions. | 0.10 | $15.00 |
| 12/07/2023 | MA | A104 Review/analyze B110 Case Administration: Reviewed motion for relief filed by mortgage company. | 0.30 | $105.00 |
| 12/07/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted objection to for relief filed by mortgage company. | 0.10 | $35.00 |
| 12/07/2023 | IR | A111 Other B110 Case Administration: Filed objection to for relief filed by mortgage company. | 0.10 | $15.00 |
| 12/22/2023 | MA | A106 Communicate (with client) B110 Case Administration: Discussed motion for relief and options for resolution with client. | 0.20 | $70.00 |
| 01/25/2024 | EJG | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed with client what to expect at 341 meeting of creditors | 0.20 | $70.00 |
| 01/25/2024 | EJG | A109 Appear for/attend B150 Meetings of and Communications with Creditors: Represented client at 341 meeting of creditors | 0.40 | $140.00 |
| 01/31/2024 | MA | A104 Review/analyze B110 Case Administration: Reviewed objection to plan filed by trustee | 0.10 | $35.00 |
| 02/01/2024 | MA | A104 Review/analyze B110 Case Administration: Reviewed stipulation of settlement re: motion for relief from stay. | 0.40 | $140.00 |
| 02/06/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions. | 0.10 | $15.00 |
| 05/28/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions | 0.10 | $15.00 |
| 05/29/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions | 0.20 | $30.00 |
| 06/13/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions | 0.10 | $15.00 |
| 06/14/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions | 0.10 | $15.00 |

Page 2 of 4

Case 1:23-bk-02097-HWV    Doc 47-2    Filed 10/21/24    Entered 10/21/24 20:41:31    Desc
Exhibit B    Page 2 of 4

| Date | | Description | Qty | Total |
|---|---|---|---|---|
| 06/17/2024 | MAC | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed certification of default and relief being granted and answered questions about debtor's options moving forward | 0.20 | $70.00 |
| 06/18/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions | 0.10 | $15.00 |
| 06/21/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions | 0.10 | $15.00 |
| 06/27/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions | 0.10 | $15.00 |
| 07/02/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions | 0.10 | $15.00 |
| 07/18/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions about pending motion to dismiss | 0.10 | $15.00 |
| 07/24/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions about pending motion to dismiss for a third time | 0.10 | $15.00 |
| 08/26/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions about pending motion to dismiss for a fourth time | 0.10 | $15.00 |
| 08/27/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions about pending motion to dismiss for a fifth time | 0.10 | $15.00 |
| 08/28/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client. Discussed case status and answered questions about dismissal of case | 0.10 | $15.00 |
| 10/21/2024 | EJG | A103 Draft/revise B160 Fee/Employment Applications: Reviewed time slips and drafted fee application | 0.70 | $245.00 |
| 10/21/2024 | IR | A111 Other B160 Fee/Employment Applications: Filed fee application | 0.10 | $15.00 |
| | | **Quantity Subtotal** | **11.3** | |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Michael Assad | Attorney (former) | 5.3 | $350.00 | $1,855.00 |
| Michael Cibik | Principal Attorney | 1.2 | $350.00 | $420.00 |
| Edward Gruber | Deputy Attorney | 1.3 | $350.00 | $455.00 |
| Iesha Reid | Senior Paralegal | 3.5 | $150.00 | $525.00 |
| | | **Quantity Total** | | **11.3** |

| | |
|---:|---:|
| **Subtotal** | $3,255.00 |
| **Total** | $3,255.00 |
| **Retainer (08/31/2023)** | -$1,500.00 |
| **Balance Owing** | $1,755.00 |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1 | 11/20/2024 | $3,255.00 | $1,500.00 | $1,755.00 |
| | | | **Outstanding Balance** | **$1,755.00** |
| | | | **Total Amount Outstanding** | **$1,755.00** |