## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Brenda Ann Sidler,<br><br>Debtor. | Case No. 1:23-bk-02097-HWV<br><br>Chapter 13 |

**Order Approving Application to Approve Compensation**

**AND NOW**, upon consideration of the Application to Approve Compensation filed by Cibik Law, P.C. (the "Applicant"), and no objections having been filed to the notice of the application, it is hereby **ORDERED** that:

1. The application is **APPROVED.**

2. Compensation in the amount of $3,255.00 and reimbursement of expenses in the amount of $0.00 are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in ¶2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), less $1,500.00, which has been previously paid by the Debtor, to the extent that funds in his possession are available for distribution to the Applicant.